■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES SINGLETON, Appellant. [954 NYS2d 910]—

The brief submitted by the appellant's counsel pursuant to *Anders v California* (386 US 738 [1967]) was deficient because it failed to contain any statement of facts and failed to analyze potential appellate issues or highlight facts in the record that might arguably support the appeal (*see People v Sanders*, 91 AD3d 798, 799 [2012]; *Matter of Giovanni S. [Jasmin A.]*, 89 AD3d 252, 256 [2011]). Inasmuch as the brief does not demonstrate that assigned counsel acted "as an active advocate on behalf of his . . . client" (*Matter of Giovanni S. [Jasmin A.]*, 89 AD3d at 256 [internal quotation marks omitted]), we must assign new counsel to represent the appellant (*see People v Sanders*, 91 AD3d at 799; *People v Foster*, 90 AD3d 1070, 1071 [2011]; *Matter of Giovanni S. [Jasmin A.]*, 89 AD3d at 258). Angiolillo, J.P., Balkin, Austin and Miller, JJ., concur.